**FILED**

MAY 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN RE: | CASE NO. 2:10-SW-0189 GGH |
|---|---|
| EARTHLINK EMAIL ACCOUNTS | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND RELATED DOCUMENTS |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 5/13/13

_____
HON. CAROLYN K. DELANEY
U.S. Magistrate Judge

Order to Unseal Search Warrant and Related Documents        1